1 KEVIN V. RYAN, CSBN 118321
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 BALWANT SINGH BAL,                  )
                                       )  Case No. 06-1942 CRB
13              Plaintiff,             )
                                       )  STIPULATION TO EXTEND
14        v.                           )  TIME WITHIN WHICH THE
                                       )  DEFENDANT MUST FILE
15 EMILIO T. GONZALEZ, Director, United States )  AN ANSWER
   Citizenship and Immigration Services, )
16                                     )
                Defendant.             )
17 _____)

18     Plaintiff, by and through his attorney of record, and defendant, by and through his attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time

20 within which the defendant must serve his answer to the complaint in the above-entitled action.

21 The defendant will file his answer on or before May 30, 2006.

22 Dated: May 15, 2006                    Respectfully submitted,

23                                        KEVIN V. RYAN
                                          United States Attorney
24

25
                                                    /s/
26                                        _____
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
27                                        Attorneys for Defendant

28

Stip. to Extend Time
C06-1942 CRB                              1

|   |   |
|---|---|
| Date: May 15, 2006 | /s/<br>JONATHAN M. KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 18, 2006

CHARLES R. BREYER
United States District Judge



Stip. to Extend Time
C06-1942 CRB                                     2