```
1   KEVIN V. RYAN, CSBN 118321
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6915
        FAX: (415) 436-7169
7
    Attorneys for Defendant
8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION
12
    BALWANT SINGH BAL,                )   No. C 06-1942-CRB
13                                    )
           Plaintiff,                 )
14                                    )
        v.                            )
15                                    )
    EMILIO T. GONZALEZ, Director, United )  STIPULATION TO DISMISS; AND
16  States Citizenship and Immigration )   [PROPOSED] ORDER
    Services,                         )
17                                    )
           Defendant.                 )
18  _____)
```

19   The plaintiff, by and through his attorney of record, and the defendant, by and through his

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

21 above-entitled action in light of the fact that the United States Citizenship and Immigration

22 Services (USCIS) has issued travel documents to the plaintiff's wife and children based on an the

23 plaintiff's approved I-730 petition.

24   Each of the parties shall bear its own costs and fees.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-1942-CRB                                    1

1 | Date: May 25, 2006 | Respectfully submitted,

2 | | KEVIN V. RYAN
  | | United States Attorney

5 | | /s/
  | | EDWARD A. OLSEN[1]
  | | Assistant United States Attorney
6 | | Attorneys for Defendant

9 | Date: May 25, 2006 | /s/
  | | JONATHAN KAUFMAN
10 | | KAUFMAN LAW OFFICE
  | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 30, 2006

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

---

[1] I, Edward A. Olsen, attest that both Jonathan Kaufman and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-1942-CRB                                    2